|   |   |
|---|---|
| 1 | Joel E. Elkins (SBN 256020) |
|   | jelkins@weisslawllp.com |
| 2 | **WEISSLAW LLP** |
|   | 9100 Wilshire Blvd., #725 E. |
| 3 | Beverly Hills, CA 90210 |
|   | Telephone: 310/208-2800 |
| 4 | Facsimile:  310/209-2348 |
| 5 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN RYAN, | ) Case No.  5:21-cv-00969 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
|   | ) **DISMISSAL** |
| GIGCAPITAL3, INC., AVI KATZ, RALUCA DINU, NEIL MIOTTO, JOHN MIKULSKY, ANDREA BETTI-BERUTTO, and PETER WANG, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Ryan ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: April 21, 2021 | **WEISSLAW LLP** |
| 2 | | By: <u>/s/ Joel E. Elkins</u> |
| 3 | | Joel E. Elkins |
| 4 | | 9100 Wilshire Blvd., #725 E.<br>Beverly Hills, CA 90210 |
| 5 | | Telephone:  310/208-2800<br>Facsimile:  310/209-2348 |
| 6 | | -and-<br>Richard A. Acocelli |
| 7 | | 1500 Broadway, 16th Floor<br>New York, NY  10036 |
| 8 | | Telephone: 212/682-3025<br>Facsimile:  212/682-3010 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL